HON. THOMAS O. RICE

Sally W. Harmeling
Jeffers, Danielson, Sonn & Aylward, P.S.
PO Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MODIFIED ATMOSPHERE ENTERPRISES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRUNCH PAK, LLC<br><br>Defendant. | NO. 2:20-cv-00359-TOR<br><br>STIPULATED MOTION TO EXPEDITE HEARING ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>10/28/2020<br><br>Without Oral Argument |

The parties through their undersigned counsel hereby stipulate and move the Court under Local Civil Rule 7(i)(2)(C) for an expedited hearing on the Stipulated Motion to Extend Time to Respond to Complaint.

In support of this stipulated motion, the parties state as follows:

STIPULATED MOTION TO EXPEDITE
HEARING ON STIPULATED MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT
Page 1
49L4263

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1.       The Stipulated Motion to Extend Time to Respond to Complaint seeks to extend various deadlines, including the October 28, 2020 deadline for Defendant Crunch Pak, LLC to answer or otherwise respond to the Complaint.

2.       For the reasons set forth in the Stipulated Motion to Extend Time to Respond to Complaint, good cause exists to grant the requested extension.

3.       An expedited hearing on the Stipulated Motion to Extend Time to Respond to Complaint is necessary to rule before the October 28, 2020, deadline for Defendant to answer or otherwise respond to the Complaint.

4.       Based on the above consideration, good cause exists to expedite the Court's hearing on the Stipulated Motion to Extend Time to Respond to Complaint.

//

//

//

STIPULATED MOTION TO EXPEDITE HEARING ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
Page 2
49L4263

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  STIPULATED TO AND DATED this 26th day of October, 2020.

2

3  JEFFERS, DANIELSON, SONN & AYLWARD, P.S.

SCHLEMLEIN FICK & FRANKLIN PLLC

4

5  By: /s/ Sally W. Harmeling
SALLY W. HARMELING
6  WSBA No. 49457
2600 Chester Kimm Road
7  P.O. Box 1688
Wenatchee, WA  98807-1688
8  Telephone:  509-662-3685
Facsimile:  509-662-2452
9  Email: SallyH@jdsalaw.com

By: /s/ Brian K. Keeley
BRIAN K. KEELEY
WSBA No. 32121
66 S. Hanford, Suite 300
Seattle, Washington, 98134
Telephone: (206) 448-8100
Facsimile: (206) 448-8514
Email: bkk@soslaw.com

10  *Attorneys for Defendant*          *Attorneys for Plaintiff*

STIPULATED MOTION TO EXPEDITE HEARING ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
Page 3
49L4263

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

DATED at Wenatchee, Washington this 26th day of October, 2020.

s/ Sally W. Harmeling
Peter A. Spadoni
WSBA No. 11390
Sally W. Harmeling
WSBA No. 49457
Attorneys for Defendant
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  509-662-3685
Fax:  509-662-2452
Email: SallyH@jdsalaw.com

STIPULATED MOTION TO EXPEDITE HEARING ON STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
Page 4
49L4263

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688