Brian K. Keeley, WSBA No. 32121
Schlemlein Fick & Franklin PLLC
66 S. Hanford, Suite 300
Seattle, Washington, 98134
Telephone:  (206) 448-8100
Facsimile:   (206) 448-8514
Email:  bkk@soslaw.com

Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MODIFIED ATMOSPHERE ENTERPRISES LLC, | No.  2:20-cv-00359-TOR |
| Plaintiff, | **Notice of Voluntary Dismissal Without Prejudice** |
| v. | |
| CRUNCH PAK LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Modified Atmosphere Enterprises LLC ("MAE" or "Plaintiff") hereby provides this notice of voluntary dismissal without prejudice.  Defendant Crunch Pak, LLC ("Crunch Pak" or "Defendant") has not served an answer or a motion for summary judgment.  MAE and Crunch Pak have agreed that each party will bear its own fees and costs.

DATED this 30th day of October, 2020.

SCHLEMLEIN FICK & FRANKLIN PLLC

_s/ Brian K. Keeley_
Brian K. Keeley, WSBA No. 32121
66 S. Hanford, Suite 300

Notice of Voluntary Dismissal
Without Prejudice
No. 2:20-cv-00359-TOR

Page 1

SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Seattle, Washington, 98134
Telephone:  (206) 448-8100
Facsimile:   (206) 448-8514
Email:  bkk@soslaw.com
Attorneys for Plaintiff

**Notice of Voluntary Dismissal**
**Without Prejudice**
No. 2:20-cv-00359-TOR

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

E. Russell Tarleton
russt@seedip.com

Jacob M. Knutson
Jacobk@jdsalaw.com

Peter A. Spadoni
peters@jdsalaw.com

Sally W. Harmeling
sallyh@jdsalaw.com

Dated this 30th day of October, 2020.

_s/ Brian K. Keeley_
Brian K. Keeley, WSBA No. 32121

Notice of Voluntary Dismissal
Without Prejudice
No. 2:20-cv-00359-TOR

Page 3

SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514