1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7  | MODIFIED ATMOSPHERE
   | ENTERPRISES, LLC,              NO: 2:20-CV-0359-TOR
8  |
   |                Plaintiff,      ORDER OF VOLUNTARY
9  |                                DISMISSAL WITHOUT PREJUDICE
   |     v.
10 |
   | CRUNCH PAK, LLC,
11 |
   |                Defendant.
12

13   BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal

14 Without Prejudice (ECF No. 20).  Because Defendant has neither filed an answer

15 nor moved for summary judgment, Plaintiff has an absolute right to voluntarily

16 dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

17 **ACCORDINGLY, IT IS HEREBY ORDERED**:

18   All claims and causes of action in this matter are **DISMISSED** without

19 prejudice and without costs or fees to any party.

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order and Judgment of

2 Dismissal, furnish copies to counsel, and **CLOSE** the file.

3  **DATED** November 20, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2